People v South
2026 NY Slip Op 03189
May 20, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Raoul South, appellant. CUNY School of Law, Long Island City, NY (Steven Zeidman of counsel), for appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on May 20, 2026
2002-06637, (Ind. No. 1285/00)
Mark C. Dillon, J.P.
Angela G. Iannacci
Cheryl E. Chambers
Valerie Brathwaite Nelson, JJ.

Susan Cacace, District Attorney, White Plains, NY (Steven A. Bender and William C. Milaccio of counsel), for respondent.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 15, 2008 (People v South, 47 AD3d 734), affirming a judgment of the County Court, Westchester County, rendered June 24, 2002.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Alvarez, 33 NY3d 286; People v Stultz, 2 NY3d 277).
DILLON, J.P., IANNACCI, CHAMBERS and BRATHWAITE NELSON, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court